UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JUAN ISIDRO PERALTA VARGAS,

                      Plaintiff(s),

          -against-                                            20-cv-7163 (LAK)

BANC OF AMERICA LEASING & CAPITAL LLC,
et ano.

                      Defendant(s).
------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1332 and 1441. The notice of removal fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

- [✓] The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp.v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).

- [✓] The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

- [ ] The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.,* 494 U.S. 195 (1990).

- [✓] The citizenship of one or more limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.,* 213 F.3d 48, 52 (2d Cir. 2000).

- [ ] The nature and citizenship of one or more business entities.

- [ ] The timely removal of the action from state court.

       Absent the filing, on or before September 18, 2020, of an amended notice of removal adequately alleging the existence of subject matter jurisdiction, the action will be remanded.

       SO ORDERED.

Dated:     September 9, 2020

                                                                   Lewis A. Kaplan
                                                    United States District Judge