UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUAN ISIDRO PERALTA VARGAS,

                    Plaintiff,

        -against-                                          20-cv-7163 (LAK)

BANC OF AMERICA LEASING & CAPITAL LLC, et ano.,

                    Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This action was removed from the state court, ostensibly on the basis of diversity of citizenship. On September 9, 2020, the Court issued an order to show cause, on or before September 18, 2020, why it should not be remanded on the ground that it did not adequately allege the requisite complete diversity of citizenship. Defendants have not responded to that order.

        Accordingly, this action is remanded to the Supreme Court of the State of New York, Bronx County, whence it was removed.

        SO ORDERED.

Dated:     September 26, 2020

                                                    /s/ Lewis A. Kaplan
                                                    Lewis A. Kaplan
                                                  United States District Judge